Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNA HOLZER, Respondent, for Compensation under the Workmen's Compensation Law, by Reason of the Death of MORITZ HOLZER, v. ADOLF GOBEL, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Estate of JAMES THOMPSON, Deceased.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of Mrs. G. I. ELDRIDGE, Appellant, for Compensation for Herself and Children on Account of the Death of WILLIAM ELDRIDGE, v. ENDICOTT, JOHNSON & COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Respondents.— Motion granted.

AMELIA M. NEWMAN, Respondent, v. CHRISTIAN C. BABCOCK, Appellant.— Judgment and order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE E. DEMING, as Executor, etc., of GEORGIANNA B. WRIGHT, Relator, v. WALTER W. LAW, JR., and Others, Constituting the State Tax Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the authority of *Kings County Trust Co.* v. *Law* (201 App. Div. 181).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ST. LAWRENCE TRANSMISSION COMPANY, Relator, v. PUBLIC SERVICE COMMISSION and OSWEGATCHIE LIGHT AND POWER COMPANY, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

THOMAS L. PEVERLY, an Infant, by MARY FRANCES PEVERLY, Guardian ad Litem, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs; the court being of the opinion that the errors, if any, did not affect the substantial rights of the parties and should be disregarded under section 106 of the Civil Practice Act.

EDWIN E. RISLEY, Respondent, v. MOON MOTOR CAR COMPANY OF NEW YORK, INC., Appellant.— Judgment and order reversed and complaint dismissed, with costs, on the ground that there is no evidence of conversion. All concur.

CLARK B. STARR, Respondent, v. UNITED TRACTION COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

HIRAM W. SHELDON, Respondent, v. THE AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

JOHN STOUT, Respondent, v. C. HILTEBRANT DRY DOCK COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs.

STARR PIANO COMPANY, in Behalf of Itself and All Other Creditors of MICHAEL A. SAMMAK, Appellant, v. MICHAEL A. SAMMAK and SAMMAK PIANO COMPANY, Respondents.— Motion granted.

LEON R. WILSON, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs.

WESTCHESTER FIRE INSURANCE COMPANY, Appellant, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. Van Kirk, J., not sitting.